UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BRODERICK LANEER LOFTON,　　　　　Civil Case No.　　5:05-cv-300-Oc-10GRJ
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　5:03-cr-62-Oc-10GRJ
　　　　　　Petitioner,

-vs-

UNITED STATES OF AMERICA,

　　　　　　Respondent.
_____/

**O R D E R**

This cause is before the Court on Defendant/Petitioner's October 26, 2005 application for a certificate of appealability (Doc. 9). Defendant/Petitioner seeks to challenge the Court's denial (Doc. 7) of his subsequent motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.

On April 24, 1996, the President signed into law amendments to 28 USC §§ 2244, 2253, 2254, 2255, Appellate Rule 22, and 21 USC § 848(q). As a result, this Court should grant an application for a certificate of appealability only if the Petitioner makes a substantial showing of the denial of a constitutional right. To make this substantial showing, Petitioner "must demonstrate that the issues are debatable among jurists of reason" or "that a court could resolve the issues [differently]." Barefoot v. Estelle, 463 U.S. 880, 893 n.4 (1983) (citation omitted). In addition, Petitioner could show "the questions are adequate to deserve encouragement to proceed further." Id.

Specifically, where a district court has rejected a prisoner's constitutional claims on the merits, the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.  See Slack v. McDaniel, 120 S.Ct. 1595, 1604 (2000); Hernandez v. Johnson, 213 F.3d 243, 248 (5th Cir.) cert. denied, 121 S.Ct. 400 (2000).  When the district court has rejected a claim on procedural grounds, the Petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.  Slack, 120 S.Ct. at 1604; Franklin v. Hightower, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curriam), petition for cert. filed, No. 00-6333 (Sept. 18, 2000).

Petitioner has failed to show, at least, that jurists of reason would find it debatable whether the Petition states a valid claim of a denial of a constitutional right and that jurists of reason would find it debatable whether the Court was correct in its procedural ruling. The requirement of a certificate of appealability was meant to prevent this type of Petition from proceeding any further.

Therefore, it is now ORDERED that the Defendant/Petitioner's application for a certificate of appealability (Doc. 7) is DENIED, and the Defendant/Petitioner's Motion for Leave to Proceed on Appeal in forma pauperis (Doc. 11) is DENIED as moot.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 7th day of December, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
            Maurya McSheehy, Courtroom Deputy